# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA STEWART,<br><br>        Petitioner,<br><br>    v.<br><br>M. LATTIMORE, Warden,<br><br>        Respondent. | CASE NO. CV 09-3065-ODW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: September 22, 2009

                                                  OTIS D. WRIGHT, II
                                       UNITED STATES DISTRICT JUDGE